APRIL 6, 1959.

No. 47. ERIE RAILROAD CO. v. BOARD OF PUBLIC UTILITY COMMISSIONERS OF NEW JERSEY ET AL.; and
No. 55. NEW YORK, SUSQUEHANNA & WESTERN RAILROAD CO. v. BOARD OF PUBLIC UTILITY COMMISSIONERS OF NEW JERSEY ET AL. Appeals from the United States District Court for the District of New Jersey. (Probable jurisdiction noted, 357 U. S. 917.) The motion to vacate the decree is granted and the cases are remanded to the United States District Court for the District of New Jersey with directions to dismiss the complaint as moot. On the motion were *Charles W. Hutchinson* and *Raymond J. Lamb* for the Erie Railroad Co., appellant in No. 47, and *Leon Leighton* for the New York, Susquehanna & Western Railroad Co., appellant in No. 55. Reported below: 158 F. Supp. 104.

No. 553. COMMISSIONER OF INTERNAL REVENUE v. ACKER. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. The motion of *George Olshausen* for leave to file brief, as *amicus curiae*, is denied.

No. 569, Misc. SEARS v. KLINGER, SUPERINTENDENT, CALIFORNIA MEN'S COLONY. Motion for leave to file petition for writ of habeas corpus denied.

No. 385, Misc. CHESSMAN v. DICKSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.